ALEXANDER ULLMAN, Respondent, v. WILLIAM ZARET and ALFRED D. MILLER, Appellants.— Orders denying motions of defendants for leave to serve amended answers reversed upon the law and the facts, without costs, and motions granted,

without costs, case to retain its present position upon the trial calendar. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.